BEFORE THE THIRD DIVISION, OCTOBER 24, 1963

No. 68053.—Frank P. Dow Co., Inc., and Northwest Packing Co. *v.* United States, protest 60/4862 (Portland, Oreg.).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiffs was sustained.

No. 68054.—Modern Food Products Co. and Frank P. Dow Co., Inc., et al. *v.* United States, protests 250461–K, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of *Mutual Supply Co.* v. *United States* (44 Cust. Ct. 75, C.D. 2155), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 28, 1963

No. 68055.—Quon Quon Co. *v.* United States, protest 63/6098 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of plasticpeel baskets similar in all material respects to those the subject of Abstract 65775, the claim of the plaintiff was sustained.